**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>**NORTHERN DISTRICT OF ILLINOIS**<br>**EASTERN DIVISION (CHICAGO)** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lomnicki, Edward J.** | Name of Joint Debtor (Spouse)  (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **xxx-xx-7286** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**463 N LaPorte Ave**<br>**Northlake, IL**<br>ZIP CODE **60164** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**463 N LaPorte Ave**<br>**Northlake, IL**<br>ZIP CODE **60164** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**    (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee**   (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration.  See Official Form 3B.

**Check one box:**         **Chapter 11 Debtors**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter). _____

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                                  THIS SPACE IS FOR COURT USE ONLY

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| [ ] 1-49 | [x] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [x] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [x] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)                                                                                                                  Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  Edward J. Lomnicki |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**  /s/ Charles Wm. Dobra                                    3/24/2014<br>     **Charles Wm. Dobra**                                       Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): **Edward J. Lomnicki** |
| *(This page must be completed and filed in every case)* | |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Edward J. Lomnicki
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
   Edward J. Lomnicki

X ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

   Telephone Number (If not represented by attorney)

**3/24/2014**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
   Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
   (Signature of Foreign Representative)

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
   (Printed Name of Foreign Representative)

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
   Date

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

**Signature of Attorney***

X  /s/ Charles Wm. Dobra
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
   **Charles Wm. Dobra**                  Bar No. **00647039**

**Charles Wm. Dobra, Esq**
**Charles Wm. Dobra, Ltd.**
**Suite 100**
**675 E. Irving Park Rd. #100**
**Roselle, IL 60172**
Phone No.**(630) 893-2494**          Fax No.**(630) 893-2497**

3/24/2014
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
   Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Printed Name and title, if any, of Bankruptcy Petition Preparer

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
   Signature of Authorized Individual

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
   Printed Name of Authorized Individual

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
   Title of Authorized Individual

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
   Date

Address
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
X ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
   Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Edward J. Lomnicki**                                    Case No. _____

                                                                                          (if known)

          Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days   **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days   **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   **Edward J. Lomnicki**                                    Case No. _____

                                                                              (if known)

              Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:      *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐   Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

   ☐   Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐   Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Edward J. Lomnicki**_____
                                          Edward J. Lomnicki

Date: _____**3/24/2014**_____

B6A (Official Form 6A) (12/07)

In re  **Edward J. Lomnicki**                                    Case No. _____
                                                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Single family home located at 463 LaPorte, Northlake, IL; purchased in June, 1995 for $130,000.00.  Refinanced in June, 2001 for $190,000.00 to consolidate debt and to cover living expenses and school for children.  Refinanced again in April, 2008 for $206,000.00.  Loan modification in December, 2012 for $206,008.00. (Homeower's insurance through State Farm Insurance Co. | 100% joint interest | J | $162,577.00 | $205,749.91 |
| | | Total: | **$162,577.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Edward J. Lomnicki**                                     Case No. _____
                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand. | | United States Currency. | J | $15.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account (JP Morgan Chase; account #: 4420016886851) | H | $0.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | One ordinary lof of misc. household goods, used appliances, tv, dvd, furnishings, etc., owned jointly with non-filing spouse. | J | $1,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc. older books, movies, pictures music, etc. | - | $100.00 |
| 6. Wearing apparel. | | One ordinary lot of clothing suitable for adult person. | - | $350.00 |
| 7. Furs and jewelry. | | Wedding band. | - | $150.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Whole life insurance through Western & Sothern Life; policy number: 00043464249 (Loan against whole life policy; balance of loan is $20462.94).  The policy was purchaed in 1994.  According to the projection of the insurance company, the value of the policy in 2014 would be | - | $15,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Edward J. Lomnicki**                                    Case No. _____

(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | $38,543.00.  However, as noted, Debtor has made a loan against the policy.  Dollar amounts are estimates. | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1).  Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Edward J. Lomnicki**                                                      Case No. _____
                                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Edward J. Lomnicki**                                    Case No. _____

(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2010 Chevrolet Cobalt (VIN:1G1AF5F5XA7142764) (Insurance policy through State Farm Mutual Automobile Insurance; policy #: 1106975901) (Fair condition; 77,961 miles. | J | $5,900.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____3_____ continuation sheets attached    **Total  >**    $22,515.00

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **Edward J. Lomnicki**                                      Case No. _____

                                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                              $155,675.*

☐ 11 U.S.C. § 522(b)(2)

☒ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Single family home located at 463 LaPorte, Northlake, IL; purchased in June, 1995 for $130,000.00.  Refinanced in June, 2001 for $190,000.00 to consolidate debt and to cover living expenses and school for children. Refinanced again in April, 2008 for $206,000.00.  Loan modification in December, 2012 for $206,008.00.  (Homeower's insurance through State Farm Insurance Co. | 735 ILCS 5/12-901 & 902 | $0.00 | $162,577.00 |
| United States Currency. | 735 ILCS 5/12-1001(b) | $15.00 | $15.00 |
| Checking account (JP Morgan Chase; account #: 4420016886851) | 735 ILCS 5/12-1001(b) | $0.00 | $0.00 |
| One ordinary lof of misc. household goods, used appliances, tv, dvd, furnishings, etc., owned jointly with non-filing spouse. | 735 ILCS 5/12-1001(b) | $1,000.00 | $1,000.00 |
| Misc. older books, movies, pictures music, etc. | 735 ILCS 5/12-1001(b) | $100.00 | $100.00 |
| One ordinary lot of clothing suitable for adult person. | 735 ILCS 5/12-1001(a), (e) | $350.00 | $350.00 |
| Wedding band. | 735 ILCS 5/12-1001(b) | $150.00 | $150.00 |
| Whole life insurance through Western & Sothern Life; policy number: 00043464249 (Loan against whole life policy; balance of loan is $20462.94).  The policy was purchaed in | 215 ILCS 5/238 | $15,000.00 | $15,000.00 |
|  | 735 ILCS 5/12-1001(b) | $0.00 |  |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | **$16,615.00** | **$179,192.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Edward J. Lomnicki**                                         Case No. _____

                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 1994.  According to the projection of the insurance company, the value of the policy in 2014 would be $38,543.00.  However, as noted, Debtor has made a loan against the policy.  Dollar amounts are estimates.<br><br>2010 Chevrolet Cobalt (VIN:1G1AF5F5XA7142764) (Insurance policy through State Farm Mutual Automobile Insurance; policy  #: 1106975901) (Fair condition; 77,961 miles. | 735 ILCS 5/12-1001(c) | $0.00 | $5,900.00 |
| | | $16,615.00 | $185,092.00 |

B6D (Official Form 6D) (12/07)

In re **Edward J. Lomnicki**                                    Case No. _____

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxx0713<br><br>**GM Financial<br>P. O. Box 183593<br>Arlington, TX 76096** | | - | DATE INCURRED: **2012**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2010 Chevrolet Cobalt (VIN:1G1AF5F5XA7142764)**<br>REMARKS:<br><br>VALUE: **$5,900.00** | | | | **$13,200.00** | **$7,300.00** |
| ACCT #: xxxxxx2977<br><br>**West Suburban Bank<br>711 S Meyers Road<br>Lombard, IL 60148** | X | J | DATE INCURRED: **4/2008**<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**Single family home located at 463 LaPorte,**<br>REMARKS:<br><br>VALUE: **$162,577.00** | | | | **$205,749.91** | **$43,172.91** |
| | | | | | | | | |
| | | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | | **$218,949.91** | **$50,472.91** |
| | | | Total (Use only on last page) > | | | | **$218,949.91** | **$50,472.91** |

___**No**___continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re  **Edward J. Lomnicki**                                         Case No. _____
                                                                                         (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re **Edward J. Lomnicki**                                Case No. _____
                                                                            (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: xxx1716<br>**IDES**<br>**P. O. Box 3637**<br>**Springfield, IL 62708** | | - | DATE INCURRED: **2011-2012**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **$2,053.00** | **$2,053.00** | **$0.00** |
| ACCT #: xxxxx7488<br>**Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**Level 7-425**<br>**Chicago, IL 60101** | | - | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | X | **$2,075.65** | **$2,075.65** | **$0.00** |
| ACCT #: xxxx7488<br>**Illinois Department of Revenue**<br>**Harvard Collection Services Inc**<br>**4839 N Elston Avenue**<br>**Chicago, IL 60630-2534** | | - | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** | **$0.00** | **$0.00** |
| ACCT #:<br>**Illinois Department of Revenue**<br>**Harvard Collection Services Inc**<br>**4839 N Elston Avenue**<br>**Chicago, IL 60630-2534** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** | **$0.00** | **$0.00** |
| ACCT #: xxxxx5496<br>**Internal Revenue Services**<br>**Department of the Treasury**<br>**Centralized Insolvency Operations**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | - | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **$23,757.00** | **$23,757.00** | **$0.00** |
| | | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotals (Totals of this page) >** | **$27,885.65** | **$27,885.65** | **$0.00** |
| **Total >**<br>(Use only on last page of the completed Schedule E.<br>Report also on the Summary of Schedules.) | **$27,885.65** | | |
| **Totals >**<br>(Use only on last page of the completed Schedule E.<br>If applicable, report also on the Statistical Summary<br>of Certain Liabilities and Related Data.) | | **$27,885.65** | **$0.00** |

B6F (Official Form 6F) (12/07)

In re    **Edward J. Lomnicki**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Alcorn & Allison Clinical Assoc**<br>**406 N Main Street, Ste 205**<br>**Glen Ellyn, IL 60137-5176** | | H | DATE INCURRED: **2013**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $885.00 |
| ACCT #: **xxxxxxxx0243**<br>**Alexian Brothers**<br>**P. O. Box 3495**<br>**toledo, OH 43607** | | H | DATE INCURRED: **2013**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $1,316.81 |
| ACCT #: **xxxxA000**<br>**American MRI**<br>**P. O. Box 7389**<br>**Prospect Heights, IL 60070** | | H | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $286.00 |
| ACCT #: **xxxxO000**<br>**American MRI**<br>**P. O. Box 7389**<br>**Porspect Heights, IL 60070** | | H | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $146.20 |
| ACCT #: **xxxxx9997**<br>**ASCAP**<br>**One Lincoln Plaza, 6th Floor**<br>**New York, NY 10023-7097** | | H | DATE INCURRED: **2010-2013**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $10,000.00 |
| ACCT #: **xx1741**<br>**Brock Gill**<br>**Robert Noland Management**<br>**345 Truman Road**<br>**Franklin, TN 37064** | | H | DATE INCURRED: **6/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $2,000.00 |

Subtotal >  $14,634.01

___**9**___continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J. Lomnicki**                                                    Case No. _____
                                                                                                       (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx5664** **Burlap To Cashmete Elite Talent Agency 1200 Clinton Street, Ste 212 Nashville, TN 37203** | | H | DATE INCURRED:  **7/2012** CONSIDERATION: **Open account** REMARKS: | | X | | **$2,632.00** |
| ACCT #:  **xx1262** **Casting Crowns Proper Managment P. O. Box 150867 Nashville, TN 37203** | | H | DATE INCURRED:  **7/2012** CONSIDERATION: **Open account** REMARKS: | | X | | **$40,500.00** |
| ACCT #:  **xxANP-1** **CFM Insurance 50 N Brockway 5-2 Palatine, IL 60067** | | H | DATE INCURRED:  **4/2013** CONSIDERATION: **Open account** REMARKS: | | X | | **$183.43** |
| ACCT #: **Chicago Stage Hand 4439 1/2 N Wolcott Ave, #3E Chicago, IL 60640** | | H | DATE INCURRED:  **7/2012** CONSIDERATION: **Open account** REMARKS: | | X | | **$1,370.00** |
| ACCT #: **Chris August Dryve Artist Management 510 A-East Iris Drive Nashville, TN 37204** | | H | DATE INCURRED:  **7/2012** CONSIDERATION: **Open account** REMARKS: | | X | | **$3,000.00** |
| ACCT #:  **xx6766** **Comcast P. O. Box 3002 Southeastern, PA 19398-3002** | | H | DATE INCURRED:  **2013** CONSIDERATION: **Open account** REMARKS: | | X | | **$2,378.83** |

Sheet no. _____**1**_____ of _____**9**_____ continuation sheets attached to                                    Subtotal >        **$50,064.26**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                        Total >
                                                              **(Use only on last page of the completed Schedule F.)**
                                                              **(Report also on Summary of Schedules and, if applicable, on the**
                                                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward J. Lomnicki**                                        Case No. _____

                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxx2023**<br>**Commonwealth Edison**<br>**Customer Care Center**<br>**P. O. Box 805379**<br>**Chicago, IL 60680-5379** | | H | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Utility services**<br>REMARKS: | | X | | $225.78 |
| ACCT #:  **xxxxx1-102**<br>**Cray Kaiser Ltd.**<br>**1901 S Meyers Road, Ste 230**<br>**Oakbrook Terrace, IL 60181** | | H | DATE INCURRED:  **2010-2013**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $10,956.60 |
| ACCT #:  **xx-xxxx8218**<br>**Data Systems Supply**<br>**P. O. Box 102413**<br>**Atlanta, GA 30368-0413** | | H | DATE INCURRED:  **7/2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $16,897.68 |
| ACCT #:  **xxxxxx7535**<br>**Dr. A. Dekhtyar**<br>**2500 W Higgins road, Ste 815**<br>**Hoffman Estates, IL 60169** | | H | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $60.00 |
| ACCT #:  **1514**<br>**Dr. Lin & Associates**<br>**386 N York Road**<br>**Elmhurst, IL 60126** | | H | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $396.29 |
| ACCT #:  **3480**<br>**Dr. Sullivan**<br>**386 N York Road**<br>**Elmhurst, IL 60126** | | H | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $578.89 |

Sheet no. ____**2**____ of ____**9**____ continuation sheets attached to                                    Subtotal >   $29,115.24
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          Total >
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward J. Lomnicki**                                                      Case No. _____
                                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxxx2850**<br>**Elmhurst Clinic**<br>**25847 Network Place**<br>**Chicago, IL 60673** | | H | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | **$80.00** |
| ACCT #:  **xxxxxxxxxxxxx4973**<br>**Elmhurst Clinic**<br>**25847 Network Place**<br>**Chicago, IL 60673** | | H | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | **$50.75** |
| ACCT #:<br>**Elmhurst Medical Associates**<br>**Dept. 4655**<br>**Carol Stream, IL 60122-4655** | | H | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | **$269.00** |
| ACCT #:  **xxxxxxxx xxxxunts**<br>**Elmhust Memorial Healthcare**<br>**P. O. Box 4052**<br>**Carol Stream, IL 60197-4052** | | H | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | **$1,561.92** |
| ACCT #:<br>**Empire Productions**<br>**1537 Sycamore Place**<br>**Schaumburg, IL 60173** | | H | DATE INCURRED:  **11/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$3,200.00** |
| ACCT #:<br>**Global Tribe Productions**<br>**13945 Enadia Way**<br>**Van Nays, CA 91405** | | H | DATE INCURRED:  **7/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$3,500.00** |

Sheet no. ___**3**___ of ___**9**___ continuation sheets attached to                                         Subtotal >          **$8,661.67**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                   Total >
                                                                    **(Use only on last page of the completed Schedule F.)**
                                                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward J. Lomnicki**                          Case No. _____
                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Gowens Engineering**<br>**ATTN: Mr. Al Gouwens**<br>**520 S. York Road**<br>**Elmhurst, IL 60126** | C | | DATE INCURRED: **11/2012**<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | X | | $500.00 |
| ACCT #: **xxxx7012**<br>**Grace Printing**<br>**2050 W Devon Ave**<br>**Chicago, IL 60659-2152** | | H | DATE INCURRED: **7/2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $2,558.74 |
| ACCT #: **x8525**<br>**Group 1 Crew**<br>**GOA Artist Agency**<br>**1710 General George Patton Drive**<br>**Brentwood, TN 37027** | | H | DATE INCURRED: **7/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $4,000.00 |
| ACCT #:<br>**Integrity Audio Solutions**<br>**9342 Nordica Ave**<br>**Oak Lawn, IL 60453** | | H | DATE INCURRED: **11/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $1,400.00 |
| ACCT #: **x5461**<br>**Jeremy Camp LLC**<br>**124 12th Ave South Ste 410**<br>**Nashville, TN 37203** | | H | DATE INCURRED: **7/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $24,500.00 |
| ACCT #:<br>**Ken Farley**<br>**1007 Crimson Clover Drive**<br>**Brentwood, TN 37027** | | H | DATE INCURRED: **7/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $1,200.00 |

Sheet no. ____**4**____ of ____**9**____ continuation sheets attached to                          Subtotal >        $34,158.74
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                     Total >
                                          **(Use only on last page of the completed Schedule F.)**
                                          **(Report also on Summary of Schedules and, if applicable, on the**
                                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward J. Lomnicki**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**LeCrae**<br>**116 Ministries**<br>**124 12th Ave South Ste 410**<br>**Nashville, TN 37203** | | H | DATE INCURRED:  **7/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$10,000.00** |
| ACCT #:  **xx322-1**<br>**LeSea Broadcasting**<br>**61300 Ironwood Road**<br>**South Bend, IN 46614** | | H | DATE INCURRED:  **7/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$750.00** |
| ACCT #:  **x5470**<br>**Mercy Me**<br>**Brickhouse Ent**<br>**124 12th Ave, South Ste 410**<br>**Nashville, TN 37203** | | H | DATE INCURRED:  **7/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$27,500.00** |
| ACCT #:  **xxxxxxxx xxxxunts**<br>**Minuteman Press**<br>**1577 N Naperville/Wheaton Road**<br>**Naperville, IL 60563** | | H | DATE INCURRED:  **9/2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$4,982.29** |
| ACCT #:  **xxxxxxxx xxxxunts**<br>**Moody Bible Institute**<br>**Attn: Department 2002**<br>**P. O. Box 87844**<br>**Carol Stream, IL 60188-7844** | | H | DATE INCURRED:  **20112-2013**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$9,806.00** |
| ACCT #:  **xxx9812**<br>**Moore Dermatology**<br>**675 W North Avenue, #506**<br>**Melrose Park, IL 60160** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | **$97.00** |

Sheet no. ____**5**____ of ____**9**____ continuation sheets attached to                                    Subtotal >    **$53,135.29**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward J. Lomnicki**                                       Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx5103<br>**Office Depot**<br>**P. O. Box 630813**<br>**Cincinnati, OH 45263-0813** | | H | DATE INCURRED:  **2011-2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$2,121.21** |
| ACCT #:  xxx6380<br>**Quill**<br>**P. O. Box 37600**<br>**Philadelphia, PA 45263-0813** | | H | DATE INCURRED:  **5/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$180.57** |
| ACCT #:<br>**Rebecca St. James**<br>**David Smallbone Management**<br>**709 W Main Street, #1**<br>**Franklin, TN 37064** | | H | DATE INCURRED:  **3/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$1,000.00** |
| ACCT #:<br>**Rok Steady Staging**<br>**6313 Roosevelt Road**<br>**Berwyn, IL 60402** | | H | DATE INCURRED:  **11/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$1,200.00** |
| ACCT #:<br>**RSJ Productions Services**<br>**5905 S C R 475 E>**<br>**Lebonon, IN 46052** | | H | DATE INCURRED:  **11/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$1,843.75** |
| ACCT #:<br>**Rush Concerts**<br>**11 S Main Street**<br>**Mechanicsburg, OH 43044** | | H | DATE INCURRED:  **2/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$4,000.00** |

Sheet no. ___**6**___ of ___**9**___ continuation sheets attached to                                    Subtotal >       **$10,345.53**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J. Lomnicki**                                              Case No. _____
                                                                                              (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **2308**<br>**Schneider Graphics**<br>**200 Wilson Court**<br>**Bensenville, IL 60106** | | H | DATE INCURRED:  **7/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$6,089.00** |
| ACCT #:  **xx6636**<br>**Shawn McDonald**<br>**Amanda McClusky**<br>**5820 Bently Way**<br>**Cummings, GA 30040** | | H | DATE INCURRED:  **7/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$2,400.00** |
| ACCT #:<br>**Switchfoot**<br>**Red Light Management**<br>**124 12th Avenue, Ste 600**<br>**Nashville, TN 37203** | | H | DATE INCURRED:  **7/2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$33,000.00** |
| ACCT #:<br>**Teen Challenge Illinois**<br>**151 W Prairie Ave**<br>**Decator, IL 62523** | | H | DATE INCURRED:  **7/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$3,860.00** |
| ACCT #:<br>**The Afters**<br>**Proper Management**<br>**P. O. Box 15087**<br>**Nashville, TN 37215** | | H | DATE INCURRED:  **7/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$4,500.00** |
| ACCT #:<br>**Third Day**<br>**P. O. Box 331288**<br>**Nashville, TN 37203-7512** | | H | DATE INCURRED:  **9/2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$10,000.00** |

Sheet no. ____**7**____ of ____**9**____ continuation sheets attached to                                    Subtotal >    **$59,849.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward J. Lomnicki**                                    Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **3295** <br> **Tight Kress & Orr** <br> **1595 Weld Road, Ste 9** <br> **Elgin, IL 60123** | | H | DATE INCURRED:  **3/2011** <br> CONSIDERATION: <br> **Open account** <br> REMARKS: | | X | | **$4,100.00** |
| ACCT #:  **xx395Z** <br> **Toby Mac - Freak Life** <br> **f/s/o Toby Mac** <br> **True Artist Management** <br> **227 Third Avenue North** <br> **Franklin, TN  37064** | | C | DATE INCURRED:  **7/2012** <br> CONSIDERATION: <br> **Non-Purchase Money** <br> REMARKS: <br> **Further identified as #62-1839798** | | X | | **$40,000.00** |
| ACCT #:  **x9466** <br> **Village of Schaumburg** <br> **101 Schaumburg Court** <br> **Schaumburg, IL 60193-1894** | | H | DATE INCURRED:  **7/2012** <br> CONSIDERATION: <br> **Open account** <br> REMARKS: | | X | | **$6,471.30** |
| ACCT #:  **xxxxxxxx xxxxunts** <br> **WBGI** <br> **4101 Fieldstone Road** <br> **Champaign, IL 61822** | | H | DATE INCURRED:  **2012-2013** <br> CONSIDERATION: <br> **Open account** <br> REMARKS: | | X | | **$5,000.00** |
| ACCT #:  **xxxxx5598** <br> **West Suburban Bank** <br> **711 S Westmore/Meyers Road** <br> **Lombard, IL 60148** | | - | DATE INCURRED:  **2011** <br> CONSIDERATION: <br> **Personal loan** <br> REMARKS: | | X | | **$16,385.52** |
| ACCT #:  **xxxxxxxx1742** <br> **West Suburban Bank** <br> **Giagnorio & Robertelli, Ltd** <br> **Attorneys at Law** <br> **130 S Bloomingdale Road** <br> **Bloomingdale, IL 60108** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | X | | **$0.00** |

Sheet no. ____**8**____ of ____**9**____ continuation sheets attached to                                                    Subtotal >                    **$71,956.82**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                        Total >
                                                            **(Use only on last page of the completed Schedule F.)**
                                                            **(Report also on Summary of Schedules and, if applicable, on the**
                                                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward J. Lomnicki**                                                   Case No. _____
                                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxx0569**<br>**West Suburban Bank**<br>**711 S Westmore-Meyers Road**<br>**Lombard, IL 60148** | | H | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $15,898.98 |
| ACCT #:  **xxxxxxxxxxxx7110**<br>**West Suburban Bank**<br>**P. O. Box 1269**<br>**Lombard, IL 60148-8269** | | H | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | $6,860.00 |
| ACCT #:  **x9006**<br>**WFRN**<br>**P. O. Box 307**<br>**Elkhart, IN 46515-0307** | | H | DATE INCURRED:  **2/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $5,970.59 |
| ACCT #:  **6211**<br>**WIBI**<br>**17387 Cottonwood Lane**<br>**P. O. Box 140**<br>**Carlinville, IL 62626** | | H | DATE INCURRED:  **9/2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $2,000.00 |
| ACCT #:  **x935-1**<br>**WYLL**<br>**25 Northwest Point Blvd., Ste 400**<br>**Elk Grove Village, IL 60007** | | H | DATE INCURRED:  **9/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $400.00 |
| | | | | | | | |

Sheet no. ___**9**___ of ___**9**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $31,129.57

Total >   $363,050.13
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Edward J. Lomnicki**                                    Case No. _____

                                                                          (if known)


# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).


☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re  **Edward J. Lomnicki**                                   Case No. _____
                                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lomicki,Mariann**<br>463 N LaPorte Ave<br>Northlake, IL 60164 | |
| **Mariann Lomnicki**<br>463 La Porte Ave<br>Northlake, IL 60164-1745 | **West Suburban Bank**<br>711 S Meyers Road<br>Lombard, IL 60148 |
| **Lomicki,Mariann**<br>463 N LaPorte Ave<br>Northlake, IL 60164 | **Gowens Engineering**<br>ATTN: Mr. Al Gouwens<br>520 S. York Road<br>Elmhurst, IL 60126 |
| **Lomicki,Mariann**<br>463 N LaPorte Ave<br>Northlake, IL 60164 | **Toby Mac - Freak Life**<br>f/s/o Toby Mac<br>True Artist Management<br>227 Third Avenue North<br>Franklin, TN  37064 |
| **Lomicki,Mariann**<br>463 N LaPorte Ave<br>Northlake, IL 60164 | **West Suburban Bank**<br>711 S Meyers Road<br>Lombard, IL 60148 |

**Fill in this information to identify your case:**

Debtor 1    **Edward**    **J.**    **Lomnicki**

First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible.  If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information.  If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.  If you are separated and your spouse is not filing with you, do not include information about your spouse.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | **Sales Manager** | **Accounting Dept.** |
| **Employer's name** | **GQ Formal Wear** | **Berman's Auto Group** |
| **Employer's address** | **1015 S Route 83**<br>Number  Street | **5757 W Touhy Ave**<br>Number  Street<br>**Niles IL 60714** |
| | **Elmhurst**   **IL**   **60126**<br>City   State   Zip Code | City   State   Zip Code |
| **How long employed there?** | **35 years** | **3 months** |

## Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.**  If you have nothing to report for any line, write $0 in the space.  Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below.  If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2.   **$1,925.39** | **$2,560.00** |
| **3.** | **Estimate and list monthly overtime pay.** | 3. +   **$0.00** | **$0.00** |
| **4.** | **Calculate gross income.**  Add line 2 + line 3. | 4.   **$1,925.39** | **$2,560.00** |

Debtor 1    **Edward**            **J.**            **Lomnicki**                    Case number (if known) _____
First Name        Middle Name        Last Name

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here .................................................... ➔ | 4. | $1,925.39 | $2,560.00 |
| **5.** | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $489.37 | $572.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| | 5e. **Insurance** | 5e. | $0.00 | $0.00 |
| | 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| | 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h.**+** | $0.00 | $0.00 |
| **6.** | **Add the payroll deductions.**    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $489.37 | $572.00 |
| **7.** | **Calculate total monthly take-home pay.**    Subtract line 6 from line 4. | 7. | $1,436.02 | $1,988.00 |
| **8.** | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** | 8a. | $0.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | 8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| | 8e. **Social Security** | 8e. | $0.00 | $0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify:    / State of Illinois for Giar | 8f. | $0.00 | $435.00 |
| | 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| | 8h. **Other monthly income.** Specify: _____ | 8h.**+** | $0.00 | $0.00 |
| **9.** | **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | $435.00 |
| **10.** | **Calculate monthly income.**  Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $1,436.02  +  $2,423.00 | =  $3,859.02 |

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11.  **+**    $0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.    12.    $3,859.02

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☐ No.
☑ Yes. Explain:    Debtor's income in seasonal.  He expects increased income during late Spring and Summer.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Edward** | **J.** | **Lomnicki** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☒ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
   　　☐ No
   　　☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☒ Yes. Fill out this information for each dependent....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **20** | ☐ No ☒ Yes |
| **Son** | **19** | ☐ No ☒ Yes |
| **Daughter** | **17** | ☐ No ☒ Yes |
| **Daughter** | **10** | ☐ No ☒ Yes |
| **Wife** | | ☐ No ☒ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

Your expenses

| | | |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$1,720.00** |
| If not included in line 4: | | |
| 4a.  Real estate taxes | 4a. | |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | **$200.00** |
| 4d.  Homeowner's association or condominium dues | 4d. | |

Debtor 1  **Edward**                    **J.**              **Lomnicki**              Case number (if known) _____
    First Name              Middle Name          Last Name

|  |  | **Your expenses** |
|---|---|---|
| **5.** | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| **6.** | **Utilities:** |  |
|  | 6a.  Electricity, heat, natural gas | 6a. _____ **$400.00** |
|  | 6b.  Water, sewer, garbage collection | 6b. _____ **$75.00** |
|  | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. _____ **$350.00** |
|  | 6d.  Other.  Specify: _____ | 6d. _____ |
| **7.** | **Food and housekeeping supplies** | 7. _____ **$800.00** |
| **8.** | **Childcare and children's education costs** | 8. _____ |
| **9.** | **Clothing, laundry, and dry cleaning**    (See continuation sheet(s) for details) | 9. _____ **$250.00** |
| **10.** | **Personal care products and services** | 10. _____ |
| **11.** | **Medical and dental expenses** | 11. _____ **$400.00** |
| **12.** | **Transportation.** Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. _____ **$900.00** |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. _____ **$100.00** |
| **14.** | **Charitable contributions and religious donations** | 14. _____ |
| **15.** | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. |  |
|  | 15a.  Life insurance | 15a. _____ |
|  | 15b.  Health insurance | 15b. _____ |
|  | 15c.  Vehicle insurance | 15c. _____ **$275.00** |
|  | 15d.  Other insurance.  Specify: _____ | 15d. _____ |
| **16.** | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20.  Specify: _____ | 16. _____ |
| **17.** | **Installment or lease payments:** |  |
|  | 17a.  Car payments for Vehicle 1   **Vehicle** | 17a. _____ **$275.00** |
|  | 17b.  Car payments for Vehicle 2 | 17b. _____ |
|  | 17c.  Other.  Specify: **Tuition, books and childcare** | 17c. _____ **$800.00** |
|  | 17d.  Other.  Specify: _____ | 17d. _____ |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. _____ |
| **19.** | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. _____ |
| **20.** | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** |  |
|  | 20a.  Mortgages on other property | 20a. _____ |
|  | 20b.  Real estate taxes | 20b. _____ |
|  | 20c.  Property, homeowner's, or renter's insurance | 20c. _____ |
|  | 20d.  Maintenance, repair, and upkeep expenses | 20d. _____ |
|  | 20e.  Homeowner's association or condominium dues | 20e. _____ |

Debtor 1 __Edward__      __J.__      __Lomnicki__      Case number (if known) _____
     First Name      Middle Name      Last Name

**21.  Other.**  Specify: _____    21.  +  _____

**22.  Your monthly expenses.**   Add lines 4 through 21.
     The result is your monthly expenses.     22.     **$6,545.00**

**23.  Calculate your monthly net income.**

    23a.   Copy line 12 (your combined monthly income) from Schedule I.     23a.     **$3,859.02**

    23b.   Copy your monthly expenses from line 22 above.     23b.  −  **$6,545.00**

    23c.   Subtract your monthly expenses from your monthly income.
          The result is your monthly net income.     23c.     **($2,685.98)**

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
    payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.   Explain here:
              **None.**

Debtor 1    **Edward**                    **J.**                        **Lomnicki**                        Case number (if known) _____
        First Name            Middle Name            Last Name

9.    **Clothing, laundry, and dry cleaning (details):**

**Clothing**                                                                                    **$200.00**

**Laundry/Dry Cleaning**                                                                **$50.00**

                                     **Total:**    **$250.00**

B 6 Summary (Official Form 6 - Summary) (12/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re  **Edward J. Lomnicki**                                    Case No.

                                                                Chapter      **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the
debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.
Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under
chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $162,577.00 | | |
| B - Personal Property | Yes | 4 | $22,515.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $218,949.91 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $27,885.65 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | $363,050.13 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $3,859.02 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $6,545.00 |
| | TOTAL | 28 | $185,092.00 | $609,885.69 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re  **Edward J. Lomnicki**                                        Case No.

                                                                    Chapter      **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $27,885.65 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$27,885.65** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $3,859.02 |
| Average Expenses (from Schedule J, Line 22) | $6,545.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $7,637.00 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $50,472.91 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $27,885.65 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $363,050.13 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $413,523.04 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re   **Edward J. Lomnicki**                                    Case No. _____
                                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**30**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date **3/24/2014**_____          Signature  **/s/ Edward J. Lomnicki**_____
                                                                              **Edward J. Lomnicki**


Date _____          Signature _____

                                                              [If joint case, both spouses must sign.]


_____

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:  **Edward J. Lomnicki**                                        Case No. _____

                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

None

☐    **1. Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the TWO YEARS immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$61,520.16** | **2013 - Debtor's employment** |

None

☑    **2. Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None

☑    a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None

☑    b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None

☑    c.  All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None

☐    **4. Suits and administrative proceedings, executions, garnishments and attachments**

a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **West Suburban Bank v. Edan Concerts & Festival Group, Inc and Edward J. Lomnicki 2013AR001742** | Collection | **Circuit Court of the Eighteenth Judical Circuit, County of DuPage, Illinois** | Pending |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Edward J. Lomnicki**                                       Case No.   _____

                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

---

None ☑   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None ☑   a. Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☑   List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑   List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **U S Bankruptcy Court** | | **$306 filing for Chapter 7 Bankruptcy** |
| **Springboard Nonprofit Consumer Credit Management** | | **$110 for credit counseling and debtor education courses** |
| **BankruptcyPro** | | **$35 for copies of tax transcripts** |
| **Charles Wm. Dobra, Esq.** **675 E Irving Park Road** **Suite 100** **Roselle, IL 60172** | 03/19/2014 | $1,295.00 |

B7 (Official Form 7) (04/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

In re:  **Edward J. Lomnicki**                              Case No.  _____

                                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

### 10. Other transfers

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None ☑

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

### 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:  **Edward J. Lomnicki**                                          Case No. _____

                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑ a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑ b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑ c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

None ☑ ## 18. Nature, location and name of business

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

---

None ☑ b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:  **Edward J. Lomnicki**                                   Case No.  _____

                                                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None
☑   a.  List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None
☑   b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☑   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None
☑   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

---

### 20. Inventories

None
☑   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑   b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☑   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☑   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None
☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None
☑   b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re:   **Edward J. Lomnicki**                                    Case No. _____
                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None ☑ **23. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

None ☑ **24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

None ☑ **25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **3/24/2014**_____        Signature _____ **/s/ Edward J. Lomnicki** _____
                                                                      of Debtor      ***Edward J. Lomnicki***

Date  _____        Signature _____
                                                                      of Joint Debtor
                                                                      (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:  **Edward J. Lomnicki**

CASE NO

CHAPTER    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No.    1

| Creditor's Name:<br><br>GM Financial<br>P. O. Box 183593<br>Arlington, TX 76096<br>xxxxx0713 | Describe Property Securing Debt:<br>2010 Chevrolet Cobalt (VIN:1G1AF5F5XA7142764) (Ins |
|---|---|

Property will be (check one):

☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt    ☐ Not claimed as exempt

---

Property No.    2

| Creditor's Name:<br><br>Illinois Department of Revenue<br>Bankruptcy Section<br>Level 7-425<br>Chicago, IL 60101<br>xxxxx7488 | Describe Property Securing Debt:<br>Taxes |
|---|---|

Property will be (check one):
☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt    ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Edward J. Lomnicki**                                          CASE NO

                                                                        CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

| Property No.   3 | |
|---|---|
| **Creditor's Name:**<br>West Suburban Bank<br>711 S Meyers Road<br>Lombard, IL 60148<br>xxxxxx2977 | **Describe Property Securing Debt:**<br>Single family home located at 463 LaPorte, |

Property will be (check one):

☐ Surrendered     ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt     ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES  ☐          NO  ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  3/24/2014                                    Signature   */s/ Edward J. Lomnicki*
                                                              *Edward J. Lomnicki*

Date                                               Signature

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Edward J. Lomnicki**                                        CASE NO

                                                                CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  3/24/2014                              Signature   _/s/ Edward J. Lomnicki_
                                                         _Edward J. Lomnicki_


Date                                          Signature

Alcorn & Allison Clinical Assoc
406 N Main Street, Ste 205
Glen Ellyn, IL 60137-5176

Chicago Stage Hand
4439 1/2 N Wolcott Ave, #3E
Chicago, IL 60640

Elmhurst Clinic
25847 Network Place
Chicago, IL 60673

Alexian Brothers
P. O. Box 3495
toledo, OH 43607

Chris August
Dryve Artist Management
510 A-East Iris Drive
Nashville, TN 37204

Elmhurst Medical Associates
Dept. 4655
Carol Stream, IL 60122-4655

American MRI
P. O. Box 7389
Prospect Heights, IL 60070

Comcast
P. O. Box 3002
Southeastern, PA 19398-3002

Elmhust Memorial Healthcare
P. O. Box 4052
Carol Stream, IL 60197-4052

American MRI
P. O. Box 7389
Porspect Heights, IL 60070

Commonwealth Edison
Customer Care Center
P. O. Box 805379
Chicago, IL 60680-5379

Empire Productions
1537 Sycamore Place
Schaumburg, IL 60173

ASCAP
One Lincoln Plaza, 6th Floor
New York, NY 10023-7097

Cray Kaiser Ltd.
1901 S Meyers Road, Ste 230
Oakbrook Terrace, IL 60181

Global Tribe Productions
13945 Enadia Way
Van Nays, CA 91405

Brock Gill
Robert Noland Management
345 Truman Road
Franklin, TN 37064

Data Systems Supply
P. O. Box 102413
Atlanta, GA 30368-0413

GM Financial
P. O. Box 183593
Arlington, TX 76096

Burlap To Cashmete
Elite Talent Agency
1200 Clinton Street, Ste 212
Nashvile, TN 37203

Dr. A. Dekhtyar
2500 W Higgins road, Ste 815
Hoffman Estates, IL 60169

Gowens Engineering
ATTN: Mr. Al Gouwens
520 S. York Road
Elmhurst, IL 60126

Casting Crowns
Proper Managment
P. O. Box 150867
Nashville, TN 37203

Dr. Lin & Associates
386 N York Road
Elmhurst, IL 60126

Grace Printing
2050 W Devon Ave
Chicago, IL 60659-2152

CFM Insurance
50 N Brockway 5-2
Palatine, IL 60067

Dr. Sullivan
386 N York Road
Elmhurst, IL 60126

Group 1 Crew
GOA Artist Agency
1710 General George Patton Driv
Brentwood, TN 37027

IDES
P. O. Box 3637
Springfield, IL 62708

Mariann Lomicki
463 N LaPorte Ave
Northlake, IL 60164

Rok Steady Staging
6313 Roosevelt Road
Berwyn, IL 60402

Illinois Department of Revenue
Bankruptcy Section
Level 7-425
Chicago, IL 60101

Mariann Lomnicki
463 La Porte Ave
Northlake, IL 60164-1745

RSJ Productions Services
5905 S C R 475 E>
Lebonon, IN 46052

Illinois Department of Revenue
Harvard Collection Services Inc
4839 N Elston Avenue
Chicago, IL 60630-2534

Mercy Me
Brickhouse Ent
124 12th Ave, South Ste 410
Nashville, TN 37203

Rush Concerts
11 S Main Street
Mechanicsburg, OH 43044

Integrity Audio Solutions
9342 Nordica Ave
Oak Lawn, IL 60453

Minuteman Press
1577 N Naperville/Wheaton Road
Naperville, IL 60563

Schneider Graphics
200 Wilson Court
Bensenville, IL 60106

Internal Revenue Services
Department of the Treasury
Centralized Insolvency Operatio
P. O. Box 7346
Philadelphia, PA 19101-7346

Moody Bible Institute
Attn: Department 2002
P. O. Box 87844
Carol Stream, IL 60188-7844

Shawn McDonald
Amanda McClusky
5820 Bently Way
Cummings, GA 30040

Jeremy Camp LLC
124 12th Ave South Ste 410
Nashville, TN 37203

Moore Dermatology
675 W North Avenue, #506
Melrose Park, IL 60160

Switchfoot
Red Light Management
124 12th Avenue, Ste 600
Nashville, TN 37203

Ken Farley
1007 Crimson Clover Drive
Brentwood, TN 37027

Office Depot
P. O. Box 630813
Cincinnati, OH 45263-0813

Teen Challenge Illinois
151 W Prairie Ave
Decator, IL 62523

LeCrae
116 Ministries
124 12th Ave South Ste 410
Nashville, TN 37203

Quill
P. O. Box 37600
Philadelphia, PA 45263-0813

The Afters
Proper Management
P. O. Box 15087
Nashville, TN 37215

LeSea Broadcasting
61300 Ironwood Road
South Bend, IN 46614

Rebecca St. James
David Smallbone Management
709 W Main Street, #1
Franklin, TN 37064

Third Day
P. O. Box 331288
Nashville, TN 37203-7512

Tight Kress & Orr
1595 Weld Road, Ste 9
Elgin, IL 60123

WFRN
P. O. Box 307
Elkhart, IN 46515-0307


Toby Mac - Freak Life
f/s/o Toby Mac
True Artist Management
227 Third Avenue North
Franklin, TN  37064

WIBI
17387 Cottonwood Lane
P. O. Box 140
Carlinville, IL 62626

Village of Schaumburg
101 Schaumburg Court
Schaumburg, IL 60193-1894

WYLL
25 Northwest Point Blvd., Ste 4
Elk Grove Village, IL 60007


WBGl
4101 Fieldstone Road
Champaign, IL 61822


West Suburban Bank
711 S Westmore/Meyers Road
Lombard, IL 60148


West Suburban Bank
Giagnorio & Robertelli, Ltd
Attorneys at Law
130 S Bloomingdale Road
Bloomingdale, IL 60108

West Suburban Bank
711 S Westmore-Meyers Road
Lombard, IL 60148


West Suburban Bank
711 S Meyers Road
Lombard, IL 60148


West Suburban Bank
P. O. Box 1269
Lombard, IL 60148-8269

Case 14-10592    Doc 1    Filed 03/24/14    Entered 03/24/14 13:59:14    Desc Main
Debtor(s):  Edward J. Lomnicki
Case No:
Chapter 7
Document       Page 49 of 51
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

Alcorn & Allison Clinical Assoc
406 N Main Street, Ste 205
Glen Ellyn, IL 60137-5176

Chris August
Dryve Artist Management
510 A-East Iris Drive
Nashville, TN 37204

Elmhust Memorial Healthcare
P. O. Box 4052
Carol Stream, IL 60197-4052


Alexian Brothers
P. O. Box 3495
toledo, OH 43607

Comcast
P. O. Box 3002
Southeastern, PA 19398-3002

Empire Productions
1537 Sycamore Place
Schaumburg, IL 60173


American MRI
P. O. Box 7389
Prospect Heights, IL 60070

Commonwealth Edison
Customer Care Center
P. O. Box 805379
Chicago, IL 60680-5379

Global Tribe Productions
13945 Enadia Way
Van Nays, CA 91405


American MRI
P. O. Box 7389
Porspect Heights, IL 60070

Cray Kaiser Ltd.
1901 S Meyers Road, Ste 230
Oakbrook Terrace, IL 60181

GM Financial
P. O. Box 183593
Arlington, TX 76096


ASCAP
One Lincoln Plaza, 6th Floor
New York, NY 10023-7097

Data Systems Supply
P. O. Box 102413
Atlanta, GA 30368-0413

Gowens Engineering
ATTN: Mr. Al Gouwens
520 S. York Road
Elmhurst, IL 60126


Brock Gill
Robert Noland Management
345 Truman Road
Franklin, TN 37064

Dr. A. Dekhtyar
2500 W Higgins road, Ste 815
Hoffman Estates, IL 60169

Grace Printing
2050 W Devon Ave
Chicago, IL 60659-2152


Burlap To Cashmete
Elite Talent Agency
1200 Clinton Street, Ste 212
Nashvile, TN 37203

Dr. Lin & Associates
386 N York Road
Elmhurst, IL 60126

Group 1 Crew
GOA Artist Agency
1710 General George Patton Driv
Brentwood, TN 37027


Casting Crowns
Proper Managment
P. O. Box 150867
Nashville, TN 37203

Dr. Sullivan
386 N York Road
Elmhurst, IL 60126

IDES
P. O. Box 3637
Springfield, IL 62708


CFM Insurance
50 N Brockway 5-2
Palatine, IL 60067

Elmhurst Clinic
25847 Network Place
Chicago, IL 60673

Illinois Department of Revenue
Bankruptcy Section
Level 7-425
Chicago, IL 60101


Chicago Stage Hand
4439 1/2 N Wolcott Ave, #3E
Chicago, IL 60640

Elmhurst Medical Associates
Dept. 4655
Carol Stream, IL 60122-4655

Illinois Department of Revenue
Harvard Collection Services Inc
4839 N Elston Avenue
Chicago, IL 60630-2534

Integrity Audio Solutions
9342 Nordica Ave
Oak Lawn, IL 60453

Moody Bible Institute
Attn: Department 2002
P. O. Box 87844
Carol Stream, IL 60188-7844

Switchfoot
Red Light Management
124 12th Avenue, Ste 600
Nashville, TN 37203

Internal Revenue Services
Department of the Treasury
Centralized Insolvency Operatio:
P. O. Box 7346
Philadelphia, PA 19101-7346

Moore Dermatology
675 W North Avenue, #506
Melrose Park, IL 60160

Teen Challenge Illinois
151 W Prairie Ave
Decator, IL 62523

Jeremy Camp LLC
124 12th Ave South Ste 410
Nashville, TN 37203

Office Depot
P. O. Box 630813
Cincinnati, OH 45263-0813

The Afters
Proper Management
P. O. Box 15087
Nashville, TN 37215

Ken Farley
1007 Crimson Clover Drive
Brentwood, TN 37027

Quill
P. O. Box 37600
Philadelphia, PA 45263-0813

Third Day
P. O. Box 331288
Nashville, TN 37203-7512

LeCrae
116 Ministries
124 12th Ave South Ste 410
Nashville, TN 37203

Rebecca St. James
David Smallbone Management
709 W Main Street, #1
Franklin, TN 37064

Tight Kress & Orr
1595 Weld Road, Ste 9
Elgin, IL 60123

LeSea Broadcasting
61300 Ironwood Road
South Bend, IN 46614

Rok Steady Staging
6313 Roosevelt Road
Berwyn, IL 60402

Toby Mac - Freak Life
f/s/o Toby Mac
True Artist Management
227 Third Avenue North
Franklin, TN  37064

Mariann Lomicki
463 N LaPorte Ave
Northlake, IL 60164

RSJ Productions Services
5905 S C R 475 E>
Lebonon, IN 46052

Village of Schaumburg
101 Schaumburg Court
Schaumburg, IL 60193-1894

Mariann Lomnicki
463 La Porte Ave
Northlake, IL 60164-1745

Rush Concerts
11 S Main Street
Mechanicsburg, OH 43044

WBGl
4101 Fieldstone Road
Champaign, IL 61822

Mercy Me
Brickhouse Ent
124 12th Ave, South Ste 410
Nashville, TN 37203

Schneider Graphics
200 Wilson Court
Bensenville, IL 60106

West Suburban Bank
711 S Westmore/Meyers Road
Lombard, IL 60148

Minuteman Press
1577 N Naperville/Wheaton Road
Naperville, IL 60563

Shawn McDonald
Amanda McClusky
5820 Bently Way
Cummings, GA 30040

West Suburban Bank
Giagnorio & Robertelli, Ltd
Attorneys at Law
130 S Bloomingdale Road
Bloomingdale, IL 60108

Debtor(s):  **Edward J. Lomnicki**

Case No:
Chapter: 7

**NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

West Suburban Bank
711 S Westmore-Meyers Road
Lombard, IL 60148


West Suburban Bank
711 S Meyers Road
Lombard, IL 60148


West Suburban Bank
P. O. Box 1269
Lombard, IL 60148-8269


WFRN
P. O. Box 307
Elkhart, IN 46515-0307


WIBI
17387 Cottonwood Lane
P. O. Box 140
Carlinville, IL 62626


WYLL
25 Northwest Point Blvd., Ste 4
Elk Grove Village, IL 60007