# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                     §
                                           §
Edward J. Lomnicki                         §      Case No. 14-10592
                                           §
            Debtor                         §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/24/2014 . The undersigned trustee was appointed on 03/24/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 13,500.00 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 71.03 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

| | | |
|---|---|---|
| Leaving a balance on hand of[1] | $ | 13,428.97 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/16/2015 and the deadline for filing governmental claims was 07/16/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,100.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,100.00 , for a total compensation of $ 2,100.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 4.63 , for total expenses of $ 4.63 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/01/2017                By: /s/STEVEN R. RADTKE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-10592 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Edward J. Lomnicki | | | | Date Filed (f) or Converted (c): | 03/24/2014 (f) |
| | | | | | 341(a) Meeting Date: | 05/05/2014 |
| For Period Ending: | 02/01/2017 | | | | Claims Bar Date: | 07/16/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home Located At 463 Laporte, Northlake, Il; Pu | 162,577.00 | 0.00 | | 0.00 | FA |
| 2. United States Currency. | 15.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account (Jp Morgan Chase; Account #: 4420016886851) | 0.00 | 0.00 | | 0.00 | FA |
| 4. One Ordinary Lof Of Misc. Household Goods, Used Appliances, | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Misc. Older Books, Movies, Pictures Music, Etc. | 100.00 | 0.00 | | 0.00 | FA |
| 6. One Ordinary Lot Of Clothing Suitable For Adult Person. | 350.00 | 0.00 | | 0.00 | FA |
| 7. Wedding Band. | 150.00 | 0.00 | | 0.00 | FA |
| 8. Whole Life Insurance Through Western & Sothern Life; Policy | 5,091.94 | 0.00 | | 0.00 | FA |
| 9. 2010 Chevrolet Cobalt (Vin:1G1af5f5xa7142764) (Insurance Pol | 5,900.00 | 0.00 | | 0.00 | FA |
| 10. An approximate 25% interest in E&D Genetlemen's Quarters, co (u) | 0.00 | 3,000.00 | | 3,000.00 | FA |
| 11. One half interest in bank account (u) | 325.00 | 325.00 | | 325.00 | FA |
| 12. Allocated share of 2012, 2013 and 2014 tax refunds (u) | 1,225.00 | 1,225.00 | | 1,225.00 | FA |
| 13. Personal Property (vehicles and watercraft) (u) | 8,950.00 | 8,950.00 | | 8,950.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values) $185,683.94 $13,500.00 $13,500.00 $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

12/2016 Final payment due by end of month; work on TFR and fee application

6/2016 Collection of funds pursuant to settlement continues

3/2016 Possible settlement subject to court approval in the amount of $13,500 paid in installments

10/23/15  The trustee's counsel obtained an order authorizing 2004 examinations of Debtor and related individuals and business entities.  Counsel has not received complete responses to all discovery requests.  The Trustee estimates that he will be able to determine whether there are assets to administer by the end of the 2015 calendar year.

Trustee investigating debtor's unscheduled fractional interest in business and has retained counsel.


Initial Projected Date of Final Report (TFR): 06/30/2017        Current Projected Date of Final Report (TFR): 06/30/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | |
|---|---|---|---|
| Case No.: | 14-10592 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Edward J. Lomnicki | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6206 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1716 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/01/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/16 | | Edward Lomnicki<br>Mariann Lomnicki<br>463 LaPorte Avenue<br>Northlake, IL 60164 | 4/2016 installment on settlement | | $2,000.00 | | $2,000.00 |
| | | | Gross Receipts             $2,000.00 | | | | |
| | 11 | | One half interest in bank account                       $325.00 | 1229-000 | | | |
| | 12 | | Allocated share of 2012, 2013 and 2014 tax refunds   $1,225.00 | 1224-000 | | | |
| | 13 | | Personal Property (vehicles and watercraft)             $450.00 | 1229-000 | | | |
| 05/31/16 | 10 | Edward Lomnicki | 5/2016 payment on settlement | 1229-000 | $3,000.00 | | $5,000.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,990.00 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,980.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,970.00 |
| 08/15/16 | 13 | Edward Lomnicki | Payment on settlement of estate's equity in Debtor's assets | 1229-000 | $3,000.00 | | $7,970.00 |
| 09/08/16 | 13 | Edward Lomnicki | Payment on settlement of estate's equity in Debtor's assets | 1229-000 | $3,000.00 | | $10,970.00 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $10,960.00 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.76 | $10,945.24 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                                                                                      Page Subtotals:                            $11,000.00         $54.76

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 14-10592  
Case Name: Edward J. Lomnicki  

Trustee Name: STEVEN R. RADTKE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX6206  
Checking  

Taxpayer ID No: XX-XXX1716  
For Period Ending: 02/01/2017  

Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/16 | 13 | Edward Lomnicki | Payment on settlement of estate's equity in Debtor's assets | 1229-000 | $2,000.00 | | $12,945.24 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.27 | $12,928.97 |
| 12/12/16 | 13 | Edward Lomnicki | Payment on settlement of estate's equity in Debtor's assets | 1229-000 | $500.00 | | $13,428.97 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $13,500.00 | $71.03 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $13,500.00 | $71.03 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $13,500.00 | $71.03 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Page Subtotals:    $2,500.00    $16.27

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6206 - Checking | $13,500.00 | $71.03 | $13,428.97 |
| | $13,500.00 | $71.03 | $13,428.97 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $13,500.00 |
| Total Gross Receipts: | $13,500.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 14-10592  
Debtor Name: Edward J. Lomnicki  
Claims Bar Date: 7/16/2015  

Date: February 1, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $2,100.00 | $2,100.00 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $4.63 | $4.63 |
| 100 3210 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $6,075.00 | $6,075.00 | $6,075.00 |
| 100 3220 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $85.95 | $85.95 | $85.95 |
| 100 3410 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Administrative | | $500.00 | $500.00 | $500.00 |
| 1 300 7100 | West Suburban Bank<br>C/O Gina B. Krol<br>Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, Il 60602 | Unsecured | | $16,385.52 | $21,237.99 | $21,237.99 |
| 2 300 7100 | Rush Concerts/Cliff Reiser<br>11 South Main Street<br>Mechanicsburg, Oh 43044 | Unsecured | | $4,000.00 | $7,559.56 | $7,559.56 |
| | Case Totals | | | $27,046.47 | $37,563.13 | $37,563.13 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-10592  
Case Name: Edward J. Lomnicki  
Trustee Name: STEVEN R. RADTKE  

Balance on hand $ 13,428.97

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 2,100.00 | $ 0.00 | $ 2,100.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 4.63 | $ 0.00 | $ 4.63 |
| Attorney for Trustee Fees: DiMonte & Lizak, LLC | $ 6,075.00 | $ 0.00 | $ 6,075.00 |
| Attorney for Trustee Expenses: DiMonte & Lizak, LLC | $ 85.95 | $ 0.00 | $ 85.95 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 500.00 | $ 0.00 | $ 500.00 |

Total to be paid for chapter 7 administrative expenses $ 8,765.58

Remaining Balance $ 4,663.39

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,797.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | West Suburban Bank | $ 21,237.99 | $ 0.00 | $ 3,439.22 |
| 2 | Rush Concerts/Cliff Reiser | $ 7,559.56 | $ 0.00 | $ 1,224.17 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,663.39 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE