UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 14-10592 |
| | ) | |
| EDWARD J. LOMNICKI, | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor. | ) | |

### Certificate Of Service

I, Steven R. Radtke, hereby certify that on **February 2, 2017**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/ Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

LomnickiNFRCrtSrv

# SERVICE LIST
# EDWARD J. LOMNICKI, DEBTOR
# CASE NO. 14-10592

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Edward J. Lomnicki
463 N LaPorte Avenue
Northlake, IL 60164

West Suburban Bank
c/o Gina B. Krol
Cohen & Krol
105 W. Madison Street
Suite 1100
Chicago, IL 60602

Rush Concerts/Cliff Reiser
11 South Main Street
Mechanicsburg, OH 43044

LomnickiTFRSrvList