UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| Edward J. Lomnicki | § | Case No. 14-10592 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 168,477.00                      Assets Exempt: 6,706.94
*(Without deducting any secured claims)*

Total Distributions to Claimants: 4,663.39        Claims Discharged
                                                  Without Payment: 613,634.33

Total Expenses of Administration: 8,836.61

---

3) Total gross receipts of $ 13,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 13,500.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 218,949.91 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,836.61 | 8,836.61 | 8,836.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 27,885.65 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 363,050.13 | 28,797.55 | 28,797.55 | 4,663.39 |
| **TOTAL DISBURSEMENTS** | $ 609,885.69 | $ 37,634.16 | $ 37,634.16 | $ 13,500.00 |

    4) This case was originally filed under chapter 7 on 03/24/2014 . The case was pending for 37 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/18/2017　　　　By:/s/STEVEN R. RADTKE
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Allocated share of 2012, 2013 and 2014 tax refunds | 1224-000 | 1,225.00 |
| An approximate 25% interest in E&D Genetlemen's Quarters, co | 1229-000 | 3,000.00 |
| One half interest in bank account | 1229-000 | 325.00 |
| Personal Property (vehicles and watercraft) | 1229-000 | 8,950.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 13,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GM Financial P. O. Box 183593 Arlington, TX 76096 | | 13,200.00 | NA | NA | 0.00 |
| | West Suburban Bank 711 S Meyers Road Lombard, IL 60148 | | 205,749.91 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 218,949.91 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 2,100.00 | 2,100.00 | 2,100.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 4.63 | 4.63 | 4.63 |
| Associated Bank | 2600-000 | NA | 71.03 | 71.03 | 71.03 |
| DiMonte & Lizak, LLC | 3210-000 | NA | 6,075.00 | 6,075.00 | 6,075.00 |
| DiMonte & Lizak, LLC | 3220-000 | NA | 85.95 | 85.95 | 85.95 |
| Popowcer Katten Ltd. | 3410-000 | NA | 500.00 | 500.00 | 500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 8,836.61 | $ 8,836.61 | $ 8,836.61 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IDES P. O. Box 3637 Springfield, IL 62708 | | 2,053.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 Chicago, IL 60101 | | 2,075.65 | NA | NA | 0.00 |
| | Illinois Department of Revenue Harvard Collection Services Inc 4839 N Elston Avenue Chicago, IL 60630-2534 | | 0.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue Harvard Collection Services Inc 4839 N Elston Avenue Chicago, IL 60630-2534 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Services Department of the Treasury Centralized Insolvency Operations P. O. Box 7346 Philadelphia, PA 19101-7346 | | 23,757.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 27,885.65 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alcorn & Allison Clinical Assoc 406 N Main Street, Ste 205 Glen Ellyn, IL 60137-5176 | | 885.00 | NA | NA | 0.00 |
| | Alexian Brothers P. O. Box 3495 toledo, OH 43607 | | 1,316.81 | NA | NA | 0.00 |
| | American MRI P. O. Box 7389 Porspect Heights, IL 60070 | | 146.20 | NA | NA | 0.00 |
| | American MRI P. O. Box 7389 Prospect Heights, IL 60070 | | 286.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ASCAP One Lincoln Plaza, 6th Floor New York, NY 10023-7097 | | 10,000.00 | NA | NA | 0.00 |
| | Brock Gill Robert Noland Management 345 Truman Road Franklin, TN 37064 | | 2,000.00 | NA | NA | 0.00 |
| | Burlap To Cashmete Elite Talent Agency 1200 Clinton Street, Ste 212 Nashvile, TN 37203 | | 2,632.00 | NA | NA | 0.00 |
| | Casting Crowns Proper Managment P. O. Box 150867 Nashville, TN 37203 | | 40,500.00 | NA | NA | 0.00 |
| | CFM Insurance 50 N Brockway 5-2 Palatine, IL 60067 | | 183.43 | NA | NA | 0.00 |
| | Chicago Stage Hand 4439 1/2 N Wolcott Ave, #3E Chicago, IL 60640 | | 1,370.00 | NA | NA | 0.00 |
| | Chris August Dryve Artist Management 510 A-East Iris Drive Nashville, TN 37204 | | 3,000.00 | NA | NA | 0.00 |
| | Comcast P. O. Box 3002 Southeastern, PA 19398-3002 | | 2,378.83 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Commonwealth Edison Customer Care Center P. O. Box 805379 Chicago, IL 60680-5379 | | 225.78 | NA | NA | 0.00 |
| | Cray Kaiser Ltd. 1901 S Meyers Road, Ste 230 Oakbrook Terrace, IL 60181 | | 10,956.60 | NA | NA | 0.00 |
| | Data Systems Supply P. O. Box 102413 Atlanta, GA 30368-0413 | | 16,897.68 | NA | NA | 0.00 |
| | Dr. A. Dekhtyar 2500 W Higgins road, Ste 815 Hoffman Estates, IL 60169 | | 60.00 | NA | NA | 0.00 |
| | Dr. Lin & Associates 386 N York Road Elmhurst, IL 60126 | | 396.29 | NA | NA | 0.00 |
| | Dr. Sullivan 386 N York Road Elmhurst, IL 60126 | | 578.89 | NA | NA | 0.00 |
| | Elmhurst Clinic 25847 Network Place Chicago, IL 60673 | | 80.00 | NA | NA | 0.00 |
| | Elmhurst Clinic 25847 Network Place Chicago, IL 60673 | | 50.75 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elmhurst Medical Associates Dept. 4655 Carol Stream, IL 60122-4655 | | 269.00 | NA | NA | 0.00 |
| | Elmhust Memorial Healthcare P. O. Box 4052 Carol Stream, IL 60197-4052 | | 1,561.92 | NA | NA | 0.00 |
| | Empire Productions 1537 Sycamore Place Schaumburg, IL 60173 | | 3,200.00 | NA | NA | 0.00 |
| | Global Tribe Productions 13945 Enadia Way Van Nays, CA 91405 | | 3,500.00 | NA | NA | 0.00 |
| | Gowens Engineering ATTN: Mr. Al Gouwens 520 S. York Road Elmhurst, IL 60126 | | 500.00 | NA | NA | 0.00 |
| | Grace Printing 2050 W Devon Ave Chicago, IL 60659-2152 | | 2,558.74 | NA | NA | 0.00 |
| | Group 1 Crew GOA Artist Agency 1710 General George Patton Drive Brentwood, TN 37027 | | 4,000.00 | NA | NA | 0.00 |
| | Integrity Audio Solutions 9342 Nordica Ave Oak Lawn, IL 60453 | | 1,400.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jeremy Camp LLC 124 12th Ave South Ste 410 Nashville, TN 37203 | | 24,500.00 | NA | NA | 0.00 |
| | Ken Farley 1007 Crimson Clover Drive Brentwood, TN 37027 | | 1,200.00 | NA | NA | 0.00 |
| | LeCrae 116 Ministries 124 12th Ave South Ste 410 Nashville, TN 37203 | | 10,000.00 | NA | NA | 0.00 |
| | LeSea Broadcasting 61300 Ironwood Road South Bend, IN 46614 | | 750.00 | NA | NA | 0.00 |
| | Mercy Me Brickhouse Ent 124 12th Ave, South Ste 410 Nashville, TN 37203 | | 27,500.00 | NA | NA | 0.00 |
| | Minuteman Press 1577 N Naperville/Wheaton Road Naperville, IL 60563 | | 4,982.29 | NA | NA | 0.00 |
| | Moody Bible Institute Attn: Department 2002 P. O. Box 87844 Carol Stream, IL 60188-7844 | | 9,806.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Moore Dermatology 675 W North Avenue, #506 Melrose Park, IL 60160 | | 97.00 | NA | NA | 0.00 |
| | Office Depot P. O. Box 630813 Cincinnati, OH 45263-0813 | | 2,121.21 | NA | NA | 0.00 |
| | Quill P. O. Box 37600 Philadelphia, PA 45263-0813 | | 180.57 | NA | NA | 0.00 |
| | Rebecca St. James David Smallbone Management 709 W Main Street, #1 Franklin, TN 37064 | | 1,000.00 | NA | NA | 0.00 |
| | Rok Steady Staging 6313 Roosevelt Road Berwyn, IL 60402 | | 1,200.00 | NA | NA | 0.00 |
| | RSJ Productions Services 5905 S C R 475 E> Lebonon, IN 46052 | | 1,843.75 | NA | NA | 0.00 |
| | Schneider Graphics 200 Wilson Court Bensenville, IL 60106 | | 6,089.00 | NA | NA | 0.00 |
| | Shawn McDonald Amanda McClusky 5820 Bently Way Cummings, GA 30040 | | 2,400.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Switchfoot Red Light Management 124 12th Avenue, Ste 600 Nashville, TN 37203 | | 33,000.00 | NA | NA | 0.00 |
| | Teen Challenge Illinois 151 W Prairie Ave Decator, IL 62523 | | 3,860.00 | NA | NA | 0.00 |
| | The Afters Proper Management P. O. Box 15087 Nashville, TN 37215 | | 4,500.00 | NA | NA | 0.00 |
| | Third Day P. O. Box 331288 Nashville, TN 37203-7512 | | 10,000.00 | NA | NA | 0.00 |
| | Tight Kress & Orr 1595 Weld Road, Ste 9 Elgin, IL 60123 | | 4,100.00 | NA | NA | 0.00 |
| | Toby Mac - Freak Life f/s/o Toby Mac True Artist Management 227 Third Avenue North Franklin, TN 37064 | | 40,000.00 | NA | NA | 0.00 |
| | Village of Schaumburg 101 Schaumburg Court Schaumburg, IL 60193-1894 | | 6,471.30 | NA | NA | 0.00 |
| | WBGl 4101 Fieldstone Road Champaign, IL 61822 | | 5,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | West Suburban Bank 711 S Westmore-Meyers Road Lombard, IL 60148 | | 15,898.98 | NA | NA | 0.00 |
| | West Suburban Bank Giagnorio & Robertelli, Ltd Attorneys at Law 130 S Bloomingdale Road Bloomingdale, IL 60108 | | 0.00 | NA | NA | 0.00 |
| | West Suburban Bank P. O. Box 1269 Lombard, IL 60148-8269 | | 6,860.00 | NA | NA | 0.00 |
| | WFRN P. O. Box 307 Elkhart, IN 46515-0307 | | 5,970.59 | NA | NA | 0.00 |
| | WIBI 17387 Cottonwood Lane P. O. Box 140 Carlinville, IL 62626 | | 2,000.00 | NA | NA | 0.00 |
| | WYLL 25 Northwest Point Blvd., Ste 400 Elk Grove Village, IL 60007 | | 400.00 | NA | NA | 0.00 |
| 2 | Rush Concerts/Cliff Reiser | 7100-000 | 4,000.00 | 7,559.56 | 7,559.56 | 1,224.17 |
| 1 | West Suburban Bank | 7100-000 | 16,385.52 | 21,237.99 | 21,237.99 | 3,439.22 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 363,050.13 | $ 28,797.55 | $ 28,797.55 | $ 4,663.39 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-10592 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Edward J. Lomnicki | | | | Date Filed (f) or Converted (c): | 03/24/2014 (f) |
| | | | | | 341(a) Meeting Date: | 05/05/2014 |
| For Period Ending: | 04/18/2017 | | | | Claims Bar Date: | 07/16/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home Located At 463 Laporte, Northlake, Il; Pu | 162,577.00 | 0.00 | | 0.00 | FA |
| 2. United States Currency. | 15.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account (Jp Morgan Chase; Account #: 4420016886851) | 0.00 | 0.00 | | 0.00 | FA |
| 4. One Ordinary Lof Of Misc. Household Goods, Used Appliances, | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Misc. Older Books, Movies, Pictures Music, Etc. | 100.00 | 0.00 | | 0.00 | FA |
| 6. One Ordinary Lot Of Clothing Suitable For Adult Person. | 350.00 | 0.00 | | 0.00 | FA |
| 7. Wedding Band. | 150.00 | 0.00 | | 0.00 | FA |
| 8. Whole Life Insurance Through Western & Sothern Life; Policy | 5,091.94 | 0.00 | | 0.00 | FA |
| 9. 2010 Chevrolet Cobalt (Vin:1G1af5f5xa7142764) (Insurance Pol | 5,900.00 | 0.00 | | 0.00 | FA |
| 10. An approximate 25% interest in E&D Genetlemen's Quarters, co (u) | 0.00 | 3,000.00 | | 3,000.00 | FA |
| 11. One half interest in bank account (u) | 325.00 | 325.00 | | 325.00 | FA |
| 12. Allocated share of 2012, 2013 and 2014 tax refunds (u) | 1,225.00 | 1,225.00 | | 1,225.00 | FA |
| 13. Personal Property (vehicles and watercraft) (u) | 8,950.00 | 8,950.00 | | 8,950.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $185,683.94 $13,500.00 $13,500.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 8

3/2017 TFR approved; waiting for checks to clear

12/2016 Final payment due by end of month; work on TFR and fee application

6/2016 Collection of funds pursuant to settlement continues

3/2016 Possible settlement subject to court approval in the amount of $13,500 paid in installments

10/23/15  The trustee's counsel obtained an order authorizing 2004 examinations of Debtor and related individuals and business entities.  Counsel has not received complete responses to all discovery requests.  The Trustee estimates that he will be able to determine whether there are assets to administer by the end of the 2015 calendar year.

Trustee investigating debtor's unscheduled fractional interest in business and has retained counsel.


Initial Projected Date of Final Report (TFR): 06/30/2017         Current Projected Date of Final Report (TFR): 06/30/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-10592 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Edward J. Lomnicki | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6206 |
| | Checking |
| Taxpayer ID No: XX-XXX1716 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/18/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/16 | | Edward Lomnicki<br>Mariann Lomnicki<br>463 LaPorte Avenue<br>Northlake, IL 60164 | 4/2016 installment on settlement | | $2,000.00 | | $2,000.00 |
| | | | Gross Receipts $2,000.00 | | | | |
| | 11 | | One half interest in bank account $325.00 | 1229-000 | | | |
| | 12 | | Allocated share of 2012, 2013 and 2014 tax refunds $1,225.00 | 1224-000 | | | |
| | 13 | | Personal Property (vehicles and watercraft) $450.00 | 1229-000 | | | |
| 05/31/16 | 10 | Edward Lomnicki | 5/2016 payment on settlement | 1229-000 | $3,000.00 | | $5,000.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,990.00 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,980.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,970.00 |
| 08/15/16 | 13 | Edward Lomnicki | Payment on settlement of estate's equity in Debtor's assets | 1229-000 | $3,000.00 | | $7,970.00 |
| 09/08/16 | 13 | Edward Lomnicki | Payment on settlement of estate's equity in Debtor's assets | 1229-000 | $3,000.00 | | $10,970.00 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $10,960.00 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.76 | $10,945.24 |

Page Subtotals: $11,000.00   $54.76

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-10592 | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|
| Case Name: | Edward J. Lomnicki | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6206 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1716 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/18/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/16 | 13 | Edward Lomnicki | Payment on settlement of estate's equity in Debtor's assets | 1229-000 | $2,000.00 | | $12,945.24 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.27 | $12,928.97 |
| 12/12/16 | 13 | Edward Lomnicki | Payment on settlement of estate's equity in Debtor's assets | 1229-000 | $500.00 | | $13,428.97 |
| 03/14/17 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,100.00 | $11,328.97 |
| 03/14/17 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $4.63 | $11,324.34 |
| 03/14/17 | 1003 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $6,075.00 | $5,249.34 |
| 03/14/17 | 1004 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $85.95 | $5,163.39 |
| 03/14/17 | 1005 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $500.00 | $4,663.39 |
| 03/14/17 | 1006 | West Suburban Bank<br>C/O Gina B. Krol<br>Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, Il 60602 | Final distribution to claim 1 representing a payment of 16.19 % per court order. | 7100-000 | | $3,439.22 | $1,224.17 |
| | | | Page Subtotals: | | $2,500.00 | $12,221.07 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-10592 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Edward J. Lomnicki | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6206 |
| | Checking |
| Taxpayer ID No: XX-XXX1716 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/18/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/14/17 | 1007 | Rush Concerts/Cliff Reiser<br>11 South Main Street<br>Mechanicsburg, Oh 43044 | Final distribution to claim 2 representing a payment of 16.19 % per court order. | 7100-000 | | $1,224.17 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $13,500.00 | $13,500.00 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $13,500.00 | $13,500.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $13,500.00 | $13,500.00 |

Page Subtotals:    $0.00    $1,224.17

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6206 - Checking | $13,500.00 | $13,500.00 | $0.00 |
|  | $13,500.00 | $13,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $13,500.00 |
| Total Gross Receipts: | $13,500.00 |

Page Subtotals:    $0.00    $0.00